

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 7 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

DANIEL JENKINS (01)
MICHAEL ATKINSON (02)

NO.

3-18CR-406-K

## **INDICTMENT**

The Grand Jury charges that:

### Count One
Conspiracy to Commit Hate Crimes, Kidnapping, and Carjacking
(In violation of 18 U.S.C. § 371)

### Introduction

1. John Doe 1 is a 57 year-old male. John Doe 2 is a 20 year-old male. John Doe 3 is a
   19 year-old male. John Doe 4 is a 19 year-old male. John Doe 5 is a 29 year-old
   male. John Doe 6 is a 37 year-old male. John Doe 7 is a 20 year-old male.

2. In December of 2017, John Does 1 through 7 used Grindr.

3. Grindr was a cellular telephone application that calls itself "the World's Largest
   Social Networking App for Gay, Bi, Trans, and Queer People."

4. At all times relevant to this offense, Apartment #186 was a vacant apartment at the
   Solana Ridge Apartment Complex in Dallas, Texas.

### The Charge

Beginning in or around the first week of December 2017, and continuing

thereafter up to and including December 12, 2017, in the Northern District of Texas,

**Daniel Jenkins** and **Michael Atkinson**, the defendants, did knowingly and willfully

combine, conspire, and agree with each other, and with others known and unknown to the

Grand Jury, to commit the following offenses against the United States, as charged in the

remaining counts of the indictment and incorporated herein:

  a. to willfully cause bodily injury to, or through the use of a firearm or dangerous

     weapon attempt to cause bodily injury to, any person because of the actual or

     perceived sexual orientation of any person, in violation of 18 U.S.C.

     § 249(a)(2);

  b. to unlawfully and willfully seize, confine, kidnap, inveigle, decoy, abduct, or

     carry away and hold for ransom or reward or otherwise, and use a means,

     facility, or instrumentality of interstate or foreign commerce, to-wit, a cellular

     telephone, a cellular telephone application ("app"), and the internet, in

     committing and in furtherance of the commission of the offense, in violation of

     18 U.S.C. § 1201(a)(1);  and

  c. with the intent to cause death or serious bodily harm, to take, or attempt to

     take, from the person or presence of another, by force and violence and by

     intimidation, a motor vehicle that had been transported, shipped, or received in

     interstate or foreign commerce, in violation of 18 U.S.C. § 2119.

<u>Plan and Purpose of the Conspiracy</u>

The plan and purpose of the conspiracy was to use Grindr, a dating app, to create

fake profiles and pose as gay men interested in "dates" to lure gay men to the Solana

Ridge Apartment Complex and areas in and around Dallas, Texas in order to commit violent crimes against them, including kidnapping, assault, robbery, and carjacking.

Overt Acts

In furtherance of the conspiracy, and to accomplish the objects thereof, members of the conspiracy committed, and caused to be committed, the following overt acts, among others, within the Northern District of Texas:

1.  On or about December 7, 2017, at least one member of the conspiracy used Grindr to lure John Doe 1 to the Solana Ridge Apartments in Dallas, Texas.

2.  On or about December 7, 2017, a member of the conspiracy pointed a handgun at John Doe 1, and demanded his property.

3.  On or about December 8, 2017, at least one member of the conspiracy used Grindr to lure John Doe 2, to the Solana Ridge Apartments in Dallas, Texas.

4.  On or about December 8, 2017, a member of the conspiracy pointed a gun at John Doe 2, and demanded his property.

5.  On or about December 8, 2017, a member of the conspiracy hit John Doe 2 in the head with an object.

6.  On or about December 11, 2017, at least one member of the conspiracy used Grindr to lure men to areas in and around Dallas, Texas, including the Solana Ridge Apartment Complex.

7.  On or about December 11, 2017, **Jenkins** met men at their cars and invited them into Apartment #186.

8.  On or about December 11, 2017, **Atkinson** brought a handgun to Apartment #186.

9.  On or about December 11, 2017, **Jenkins** pointed a handgun toward at least one man inside of Apartment #186.

10. On or about December 11, 2017, **Jenkins** used force and threats of force to hold at least one man inside of Apartment #186.

11. On or about December 11, 2017, at least one member of the conspiracy physically assaulted John Doe 3 inside Apartment #186.

12. On or about December 11, 2017, **Jenkins** physically assaulted John Doe 4 and called John Doe 4 gay slurs inside Apartment #186.

13. On or about December 11, 2017, at least one member of the conspiracy sexually assaulted at least one of the men being held in Apartment #186, to-wit, John Doe 4.

14. On or about December 11, 2017, at least one member of the conspiracy physically assaulted John Doe 5 inside Apartment #186.

15. On or about December 11, 2017, **Atkinson** traveled to John Doe 5's house in order to take property from John Doe 5.

16. On or about December 11, 2017, **Jenkins** physically assaulted John Doe 6 and called John Doe 6 gay slurs inside Apartment #186.

All in violation of 18 U.S.C. § 371.

Count Two
Hate Crime Acts; Aiding and Abetting
(In violation of 18 U.S.C. §§ 249(a)(2) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins**, the defendant, aided and abetted by others known and unknown to the Grand Jury, did willfully cause bodily injury to John Doe 3, by assaulting John Doe 3, because of John Doe 3's actual or perceived sexual orientation.  The offense included kidnapping, and **Daniel Jenkins**, aided and abetted by others known and unknown to the Grand Jury, did use a channel, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in connection with the conduct described herein.

All in violation of 18 U.S.C. §§ 249(a)(2) and 2.

## Count Three
### Hate Crime Acts; Aiding and Abetting
(In violation of 18 U.S.C. §§ 249(a)(2) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins**, the defendant, aided and abetted by others known and unknown to the Grand Jury, did willfully cause bodily injury to John Doe 4, by assaulting John Doe 4, because of John Doe 4's actual or perceived sexual orientation. The offense included kidnapping, and **Daniel Jenkins**, aided and abetted by others known and unknown to the Grand Jury, did use a channel, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in connection with the conduct described herein.

All in violation of 18 U.S.C. §§ 249(a)(2) and 2.

Count Four
Hate Crime Acts; Aiding and Abetting
(In violation of 18 U.S.C. §§ 249(a)(2) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins**, the defendant, aided and abetted by others known and unknown to the Grand Jury, did willfully cause bodily injury to John Doe 5, by assaulting John Doe 5, because of John Doe 5's actual or perceived sexual orientation. The offense included kidnapping, and **Daniel Jenkins**, aided and abetted by others known and unknown to the Grand Jury, did use a channel, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in connection with the conduct described herein.

All in violation of 18 U.S.C. §§ 249(a)(2) and 2.

<u>Count Five</u>
Hate Crime Acts; Aiding and Abetting
(In violation of 18 U.S.C. §§ 249(a)(2) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins**, the defendant, aided and abetted by others known and unknown to the Grand Jury, did willfully cause bodily injury to John Doe 6, by assaulting John Doe 6, because of John Doe 6's actual or perceived sexual orientation.  The offense included kidnapping, and **Daniel Jenkins**, aided and abetted by others known and unknown to the Grand Jury, did use a channel, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in connection with the conduct described herein.

All in violation of 18 U.S.C. §§ 249(a)(2) and 2.

<u>Count Six</u>
Kidnapping; Aiding and Abetting
(In violation of 18 U.S.C. §§ 1201(a)(1) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold John Doe 3 for ransom or reward or otherwise, and did use a means, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in committing and in furtherance of the commission of the offense.

All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

<u>Count Seven</u>
Kidnapping; Aiding and Abetting
(In violation of 18 U.S.C. §§ 1201(a)(1) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold John Doe 4 for ransom or reward or otherwise, and did use a means, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in committing and in furtherance of the commission of the offense.

All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

<u>Count Eight</u>
Kidnapping; Aiding and Abetting
(In violation of 18 U.S.C. §§ 1201(a)(1) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold John Doe 5 for ransom or reward or otherwise, and did use a means, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in committing and in furtherance of the commission of the offense.

All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

<u>Count Nine</u>
Kidnapping; Aiding and Abetting
(In violation of 18 U.S.C. §§ 1201(a)(1) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold John Doe 6 for ransom or reward or otherwise, and did use a means, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in committing and in furtherance of the commission of the offense.

All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

Count Ten
Kidnapping; Aiding and Abetting
(In violation of 18 U.S.C. §§ 1201(a)(1) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold John Doe 7 for ransom or reward or otherwise, and did use a means, facility, or instrumentality of interstate or foreign commerce, to-wit: a cellular telephone, a cellular telephone application ("app"), and the internet, in committing and in furtherance of the commission of the offense.

All in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

Count Eleven
Carjacking; Aiding and Abetting
(In violation of 18 U.S.C. §§ 2119 and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel Jenkins** and **Michael Atkinson**, the defendants, aided and abetted by each other and by others known and unknown to the Grand Jury, with the intent to cause death or serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate or foreign commerce, to-wit: a 2017 Nissan Altima bearing a vehicle identification number (VIN) with the last four digits of 6642, from the person or presence of another, namely, John Doe 4, by force and violence and by intimidation.

All in violation of 18 U.S.C. §§ 2119 and 2.

<u>Count Twelve</u>
Using, Carrying, and Brandishing a Firearm During and in Relation to, and
Possessing and Brandishing a Firearm in Furtherance of, a Crime of Violence;
Aiding and Abetting
(In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

On or about December 11, 2017, in the Northern District of Texas, **Daniel**

**Jenkins**, the defendant, aided and abetted by others known and unknown to the Grand

Jury, did knowingly use, carry, and brandish a firearm, to-wit: a handgun, during and in

relation to a crime of violence, to-wit: carjacking, in violation of 18 U.S.C. § 2119, as

alleged in Count Eleven of this indictment, for which the defendant may be prosecuted in

a court of the United States, and the defendant, aided and abetted by others known and

unknown to the Grand Jury, did knowingly possess and brandish said firearm in

furtherance of the commission of this offense.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

A TRUE BILL

FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY


ROSE E. GIBSON
KATHRYN E. GILBERT
Trial Attorneys
United States Department of Justice
Civil Rights Division, Criminal Section
601 D Street N.W., Unit 5134
Washington, D.C. 20004
Telephone: 202-598-7258
Email: rose.gibson@usdoj.gov


NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL JENKINS (01)
MICHAEL ATKINSON (02)

INDICTMENT

18 U.S.C. § 371
Conspiracy to Commit Hate Crimes, Kidnapping, and Carjacking
(Count 1)

18 U.S.C. §§ 249(a)(2) and 2
Hate Crime Acts
(Counts 2-5)

18 U.S.C. §§ 1201(a)(1) and 2
Kidnapping
(Counts 6-10)

18 U.S.C. §§ 2119 and 2
Carjacking
(Counts 11)

18 U.S.C. §§ 924(c) and 2
Use, Carry, Brandish and Possess Firearms During, and in Relation to, and in Furtherance
of a Crime of Violence
(Count 12)

12 Counts

A true bill rendered

DALLAS                                                                                      FOREPERSON

Filed in open court this 7th day of August, 2018.

**Warrants to Issue**

---------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending