IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DANIEL JENKINS (1)
MICHAEL ATKINSON (2)

CRIMINAL NO. 3:18-CR-406-K

## ORDER

Having reviewed the United States' Motion to Unseal Indictment filed in the

above-referenced cause, the Court finds the motion well taken, GRANTS the motion,

and hereby orders that the indictment be unsealed.

SO ORDERED.

Signed January 9th, 2019.


*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE